## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HELEN SWARTZ, Individually** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **KIMPTON HOTELS &** | : | |
| **RESTAURANT GROUP, LLC** | : | **NO. 17-3547** |

## ORDER

**NOW**, this 6th day of November, 2017, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

/s/TIMOTHY J. SAVAGE